IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

ROBERT S. MATHES, COMMISSIONER )
OF THE DEPARTMENT OF PLANNING )
AND NATURAL RESOURCES, IN HIS )
CAPACITY AS TRUSTEE FOR )
NATURAL RESOURCES OF THE )
TERRITORY OF THE UNITED STATES )
VIRGIN ISLANDS AND IN HIS )
CAPACITY AS ASSIGNEE OF THE )
CLAIMS OF L'HENRI, INC., )    CIVIL NO. **2006/229 GB**
                         )
        Plaintiff,       )    **ACTION FOR DAMAGES**
                         )
    vs.                  )    **JURY TRIAL DEMANDED**
                         )
VULCAN MATERIALS COMPANY; )
THE DOW CHEMICAL COMPANY, )
                         )
        Defendants.      )
_____)

**RESPONSE OF THE PLAINTIFF TO ORDER OF THE COURT DATED JULY 7, 2009**

In an Order dated July 7, 2009 (Docket Entry #26), the Court requested the parties answer three questions. The questions appear below along with the Plaintiff's responses.

**REQUEST 1:** In light of the recent decision of the Supreme Court of the United States in Burlington Northern and Santa Fe Ry. Co. v. United States, --- U.S. ---, 129 S. Ct. 1870, 1874 (2009), do the defendants qualify as "arrangers" within the meaning of 42 U.S.C. § 9607(a)(3)?

**PLAINTIFF'S RESPONSE:** Based upon the information currently in Plaintiff's possession, Plaintiff does not believe the Defendants qualify as "arrangers" within the meaning of 42 U.S.C. § 9607(a)(3) in light of the Supreme Court's decision in Burlington Northern.

Case: 3:06-cv-00229-CVG-GWB    Document #: 36    Filed: 07/24/2009    Page 2 of 4

*ROBERT S. MATHES, COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, v. VULCAN MATERIALS COMPANY, et al.*

Response Of Plaintiff To Order Of The Court Dated July 7, 2009                                                                 *Page 2*

**REQUEST 2:** Did the defendants enter into the sale of chemicals to L'Henri, Inc. ("L'Henri") with the intention that at least a portion of the product be disposed of during the transfer process by one or more of the methods described in 42 U.S.C. § 6903(3)?

**PLAINTIFF'S RESPONSE:** Based upon the information currently in Plaintiff's possession, Plaintiff does not have information to support a finding that the Defendants entered into the sale of chemicals to L'Henri with the intention that at least a portion of the product be disposed during the transfer process by one or more of the methods described in 42 U.S.C. § 6903(3).

Based upon information and belief at the time of filing, Plaintiff does allege that both Defendants were a "manufacturer and supplier of PCE used at O'Henry Dry Cleaners" and both Defendants "failed to adequately warn PCE users of the dangers posed by the use and disposal of PCE." Complaint at Paragraphs 24, 25, 27 and 28.

**REQUEST 3:** Do the defendants fall within any of the other categories of "covered persons" set forth in 42 U.S.C. § 9607 (a) ("Section 9607(a)")?

**PLAINTIFF'S RESPONSE:** It is Plaintiff's position that the defendants do not fall within any of the other categories of "covered persons" set forth in 42 U.S.C. § 9607(a).

## Conclusion

Having responded to the Court's three questions, the Plaintiff respectfully restates its position that the Court lacks subject matter jurisdiction and, as such, must dismiss this action without prejudice. <u>See</u> Suggestion to Dismiss Without Prejudice Pursuant to Fed.R.Civ.P.12(h)(3) (Docket Entry #14).

Case: 3:06-cv-00229-CVG-GWB   Document #: 36   Filed: 07/24/2009   Page 3 of 4

*ROBERT S. MATHES, COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, v. VULCAN MATERIALS COMPANY, et al.*

Response Of Plaintiff To Order Of The Court Dated July 7, 2009                                              *Page 3*

                Respectfully submitted,

                LAW OFFICES OF JOHN K. DEMA, P.C.

                 /s/ John K. Dema

Dated: July 24, 2009        JOHN K. DEMA, Esquire
1236 Strand Street, Suite 103
Christiansted
St. Croix USVI 00820
Telephone: (340) 773-6142
Facsimile: (340) 773-3944

VINCENT F. FRAZER, Attorney General
Office of the Attorney General
Government of the Virgin Islands
Department of Justice
48B-50C Kronprindsens Gade
GERS Building, Second Floor
St. Thomas USVI 00802
Telephone: (340) 774-5666
Facsimile: (340) 774-9710

CO-COUNSEL:
Gordon C. Rhea, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509

Case: 3:06-cv-00229-CVG-GWB   Document #: 36   Filed: 07/24/2009   Page 4 of 4

*ROBERT S. MATHES, COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, v. VULCAN MATERIALS COMPANY, et al.*

Response Of Plaintiff To Order Of The Court Dated July 7, 2009                                                                 *Page 4*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

**Richard H. Hunter, Esquire**
Hunter, Cole & Bennett
1138 King Street, 3rd Floor
Christiansted, St. Croix, VI 00820
*Attorney for Defendant The Dow Chemical Company*
Telephone: (340) 773-3535
Facsimile: (340) 778-8241
rhunter@hcbvilaw.com

**Douglas C. Beach, Esquire**
**Carol Ann Rich, Esquire**
Dudley, Clark & Chan
9720 Estate Thomas
St. Thomas, VI 00802
*Attorneys for Defendant Vulcan Materials Company*
Telephone: (340) 776-7474
Facsimile: (340) 776-8044
dbeach@dudleylaw.com

**Jeffrey S. Wolff, Esquire**
**Stephen C. Dillard, Esquire**
Fulbright & Jaworski, L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
*Attorneys for Defendant Vulcan Materials Company*
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
jwolff@fulbright.com
sdillard@fulbright.com

**And I hereby certify that I have mailed the document by U.S. Mail and by electronic mail to the following non-filer users:**

**Stephen J. Valen, Esquire**
**Gennaro A. Filice, III, Esquire**
**Daniel J. Nichols, Esquire**
Filice Brown Eassa & McLeod, LLP
Lake Merritt Plaza
1999 Harrison Street, 18th Floor
Oakland, CA 94612
*Attorneys for Defendant The Dow Chemical Company*
Telephone: (510) 444-3131
Facsimile: (510) 839-7940
svalen@filicebrown.com
gfilice@filicebrown.com
dnichols@filicebrown.com

**Vincent F. Frazer, Attorney General**
Office of the Attorney General
Government of the Virgin Islands
Department of Justice
48B-50C Kronprindsens Gade
GERS Building, Second Floor
St. Thomas, USVI 00802
Telephone: (340) 774-5666
Facsimile: (340) 774-9710

                                                                             /s/ John K. Dema
                                                                             JOHN K. DEMA, Esquire