## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| DEAN C. PLASKETT, COMMISSIONER OF THE VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES, IN HIS CAPACITY AS TRUSTEE FOR NATURAL RESOURCES OF THE VIRGIN ISLANDS AND HIS CAPACITY AS TRUSTEE FOR TERRITORY OF THE UNITED STATES AS ASSIGNEE OF THE CLAIMS OF L'HENRI, INC.<br><br>Plaintiff,<br><br>v.<br><br>VULCAN MATERIALS COMPANY and THE DOW CHEMICAL COMPANY<br><br>Defendant. | CIVIL NO. 2006/229 |

### ORDER ADMITTING COUNSEL PRO HAC VICE

Upon consideration of defendant THE DOW CHEMICAL COMPANY's motion to admit Gennaro A. Filice III, Esq. *pro hac vice* and the attached affidavit and questionnaire submitted by defendant, it is hereby

**ORDERED** that defendant THE DOW CHEMICAL COMPANY's motion to admit *Pro hac vice* be and the same is hereby GRANTED. Gennaro A. Filice, Esq. is hereby admitted *pro hac vice* to appear before this Court in all proceedings in connection with the above-captioned litigation.

**SO ORDERED** this __6__ day of August 2009.

*Plaskett et al. v. Vulcan Materials Company et al.* Civil No. 2006/229
Order Pro Hac Vice – Attorney Filice
Page 2 of 2

_____
Magistrate Judge of the District Court of the V.I.

ATTEST:
Wilfredo Morales
Clerk of the Court

By: /s/ _____
Deputy Clerk

Distribution List: Richard H. Hunter, Esq.
John K. Dema, Esq.
Kerry Drue, Esq.
Gordon C. Rhea, Esq.
Douglas C. Beach, Esq.
Stephen C. Dillard, Esq.

