# DUDLEY CLARK & CHAN, L.L.P.
## ATTORNEYS AT LAW

OF COUNSEL:
RICHARD R. KNOEPFEL
DOUGLAS C. BEACH
EDWARD B. REYNOLDS, JR
CAROL ANN RICH
WILLIAM L. BLUM
LOUIS D. FLORI

ADRIANE J. DUDLEY
BENNETT CHAN

G. ALAN TEAGUE
WILLIAM J. GLORE
SHARMANE DAVIS-BEATHWAITE
MICHELLE T. MEADE
E. GEOFFREY WOLFE

August 7, 2009

RECEIVED 2009 AUG -7 PM 5:39 CLERK OF THE DISTRICT COURT ST. THOMAS, VI

**Via Facsimile and First Class Mail**

Wilfredo Morales
Clerk of the Court
U.S. District Court of the Virgin Islands
3013 Estate Golden Rock
St. Croix, VI 00820

Re: *Robert S. Mathes, Commissioner of the Department of Planning and Natural Resources, in His Capacity as Trustee for Natural Resources of the Territory of the United States Virgin Islands and in His Capacity as Assignee of the Claims of L'Henri, Inc. v. Vulcan Materials Company and The Dow Chemical Company*
Civil No.: 2006/229
Our File No. 1526.1203

Dear Mr. Morales:

In connection with the above-captioned matter, a hearing was held yesterday afternoon, August 6, 2009, at 2:30 p.m., in the District Court on St. Thomas before Judge Gomez. The proceeding was electronically recorded and we are writing to request a transcript of that hearing.

At your convenience, please give me a call to discuss this matter. Thank you for your cooperation.

Sincerely,

Douglas C. Beach

DCB/lng

9720 ESTATE THOMAS • HAVENSIGHT • ST. THOMAS, U. S. VIRGIN ISLANDS 00802
TELEPHONE: (340) 776-7474 • FAX: (340) 776-8044 • Web: http://www.dudleylaw.com • e-mail: info@dudleylaw.com