IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ROBERT MATHES, COMMISSIONER OF THE VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES, IN HIS CAPACITY AS TRUSTEE FOR THE NATURAL RESOURCES OF THE TERRITORY OF THE UNITED STATES VIRGIN ISLANDS, and IN HIS CAPACITY AS ASSIGNEE OF THE CLAIMS OF L'HENRI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VULCAN MATERIALS COMPANY and THE DOW CHEMICAL COMPANY, <br><br> Defendants. | CIVIL NO. 2006-229 |

**ORDER**

The premises considered and the Court being duly advised, it is hereby

**ORDERED** that Plaintiff's Motion for an Extension of Time (Docket Entry No. 13) is

**DENIED**, as moot; and it is further

**ORDERED** that Plaintiff's Motion for an Extension of Time (Docket Entry No. 19) is

**DENIED**, as moot.

**DATED**: August 12, 2009              S\_____
                                         **GEOFFREY W. BARNARD**
                                         U.S. Magistrate Judge

**ATTEST:**
**WILFREDO F. MORAL**
Clerk of the Court